E-FILED: 5/18/2015

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREATER LOS ANGELES AGENCY ON DEAFNESS, INC. and ANTOINETTE ABBAMONTE, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> REEL SERVICES MANAGEMENT, LLC dba KRIKORIAN PREMIERE THEATRES, LLC, AND DOES 1-10, Inclusive, <br><br> Defendants. | Case No. 2:13-cv-07172-PSG-(ASx) <br><br> [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT AND FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES <br><br> Judge: Honorable Phillip S. Gutierrez |

Disability Rights Legal Center
800 S. Figueroa Street, Suite 1120
Los Angeles, CA 90017

Based on consideration of Plaintiffs' moving papers, the arguments of counsel, and the proceedings in this action to date, the Court hereby finds and concludes that:

1. The Class Notice distributed to Class Members, pursuant to this Court's prior order, was accomplished in all material requests and fully met the requirements of Federal Rule of Civil Procedure 23, due process, and any other applicable laws.

2. The Class Settlement Agreement is fair, reasonable, and adequate in all respects. The Class Settlement Agreement provides meaningful relief and is reasonably related to the strength of Plaintiffs' and Class Members claims given the risk, expense, complexity, and direction of further litigation. The Class Settlement is the result of arms'-length negotiations between experienced counsel representing the interests of the Plaintiff Class and Defendant, after thorough factual and legal investigation.

IT IS HEREBY ORDERED that:

1. The Court has jurisdiction over the subject matter of this litigation and all matters relating thereto, and over the Plaintiffs and Defendants. Venue is proper in the Central District;

2. Pursuant to Federal Rule of Civil Procedure 23(e), this Court grants final approval to the Class Settlement Agreement, incorporates the terms of the Class Settlement Agreement into this order as though fully set forth, and orders all parties to perform all of their obligations thereunder;

3. This order and the Class Settlement are binding against the parties, their successors in office, and their respective officers, agents, and employees, and all others acting in concert with them;

4. The Court retains exclusive and continuing jurisdiction over this case, the Named Plaintiffs, the Plaintiff Class, and Defendants for purposes of supervising and resolving issues relating to administration, implementation, and

-1-

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT AND FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES

enforcement of the Class Settlement Agreement, its terms, or the enforcement thereof; and fashioning appropriate remedies for any violation of that Class Agreement, until Defendant completes installation of closed captioning devices at all its movie theater locations.

**IT IS SO ORDERED.**

DATED: __5/18___, 2015      PHILIP S. GUTIERREZ
                            _____
                            HONORABLE PHILIP S. GUTIERREZ
                            UNITED STATES DISTRICT COURT JUDGE

Disability Rights Legal Center
800 S. Figueroa Street, Suite 1120
Los Angeles, CA 90017

-2-
[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT AND FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES